# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL R. PITLYK, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE NATIONAL RIGHT TO WORK COMMITTEE, a Virginia nonprofit Corporation,<br><br>    Defendant. | Case No. 4:18-cv-01507<br><br>Hon. Ronnie L. White |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR AN AWARD OF ATTORNEY FEES AND COSTS, AND FOR A CLASS REPRESENTATIVE INCENTIVE AWARD

COMES NOW Plaintiff Samuel R. Pitlyk ("Pitlyk"), as class representative and pursuant to Federal Rule of Civil Procedure 23(e), and moves for approval of a class action settlement, and states in support of his motion:

1. The parties to this action have reached a complete settlement resolving all claims and disputes between the parties. The settlement provides that Defendant The National Right to Work Committee ("NRTWC") will pay the total sum of $360,000 to settle the matter for a class defined as:

> All persons who received at least one pre-recorded call on a cellular phone between July 1, 2018 to August 15, 2018 from The National Right to Work Committee concerning Proposition A (also known as the Missouri Right to Work Law), which appeared on the August 7, 2018 primary election ballot in the State of Missouri.

2. This is a non-reversionary payment, meaning that no portion will under any circumstance be returned to Defendant or otherwise benefit Defendant financially. The payment is made entirely in money and no portion includes a coupon or voucher.

3. Pursuant to the settlement agreement between the parties, the settlement fund will be allocated as follows:

   a. A projected balance of $178,000, and no less than a balance of $168,000 will be divided *pro rata*, in an amount up to but not to exceed a net payment of $500 per claim per call received, among all class members who submitted valid and timely claims;

   b. $120,000 will be paid to class counsel as and for attorney's fees;

   c. $10,000 will be paid to Plaintiff as an incentive payment for his work on behalf of the Class;

   d. $2,000 will be paid to class counsel to partially reimburse documented expenses;

   e. The approximate sum of $50,000 (an amount not to exceed $60,000) will be paid to the claims administrator, KCC LLC, for administration costs and fees.

4. As of February 6, 2020, a total of 1,034 valid and timely claim forms were submitted by class members. This represents a claims rate of approximately 9%. While this number may increase very slightly prior to disbursement of checks, it is not expected to increase by more than a very small number since all claim forms must have been postmarked no later than January 2, 2020. As a result, each class member is expected to receive a cash payment of $172.15, and is guaranteed to be no less than $162.48.

5. The requested attorney's fees of one-third of the settlement fund is consistent with amounts approved by this Court in other class action settlements and reasonable under the circumstances. *See Dengen Gerzog*, No. 15-1103, Dkt. 47, at pp. 4-

5 (E.D. Mo. Apr. 20, 2016 (White, J.) (awarding 33% of the minimum amount of the settlement fund); *Prater v. Medicredit, Inc.*, No. 14-0159, 2015 WL 8331602, at *4 (E.D. Mo. Dec. 7, 2015 (Webber, J.) (awarding a fee of 33% of the settlement fund); *Lee's v. Anthem Ins. Co.*, No. 13-1411, 2015 WL 3645208, at *4 (E.D. Mo. June 10, 2015) (Limbaugh, J.) (awarding a fee of 34% of the fund available to the class); *Heller v. HRB Tax Group, Inc.*, No. 11-1121, Dkt. 60 (E.D. Mo. Aug. 9, 2013) (Adelman, J.) (awarding attorneys' fees of 33.3% of the common fund); *Lindsey Transmission v. Office Depot, Inc.*, No. 12-0221, Dkt. 100 (E.D. Mo. June 23, 2014) (Jackson, J.) (awarding attorneys' fees totaling 33% of the settlement fund). The class notice advised all class members that counsel would request this amount and no class member objected or disagreed with said award.

6. Counsel for Plaintiff has devoted substantial time and effort, along with bearing the entire risk of winning or losing, in its prosecution of this case on behalf of the Class. The settlement achieved is very favorable to the Class as each claiming class member is expected to receive a substantial and useful sum of money in relation to the alleged harm.

7. Plaintiff seeks an award of $10,000 for his service as class representative. During the course of this litigation, he dedicated significant time and effort to the prosecution of this action and negotiation of a resolution in the best interest of the Class. Plaintiff opened himself to personal and professional scrutiny in order to recover compensation for all class members. Such an award is consistent with awards approved in other class action settlements.

8. Plaintiff submits concurrently herewith his memorandum in support of the instant motion. Attached to said memorandum are declarations from the settlement administrator and class counsel.

9. No class member or other person has objected. Counsel for both parties are aware of no person who attempted to object to the proposed settlement in any manner.

10. Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff, with the consent of Defendant, prays for an order of this Court approving the settlement terms as outlined herein.

Respectfully submitted,
THE SMITH LAW FIRM, LLC

  /s/ Neil Smith           
Neil Smith, #56789MO
231 S. Bemiston Ave., Suite 800
Clayton, MO 63105
Phone: (314) 725-4400
Cellular: (314) 974-3266
neil@smithlawfirm.com

*Attorney for Plaintiff and Class*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2020, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Neil Smith