Ex. 2A



# Invoice

500 North Broadway
Suite 1800
St Louis, Missouri 63102
Tel. 314.231.4642
800.844.4237
Fax 314.231.0137

**Bill To**

D. Neil Smith,  Attorney
The Smith Law Firm
231 South Bemiston,  ste 800
Clayton, MO   63105

7/31/2019

| Invoice # | Mediation Date | Mediator | Payment Terms |
|-----------|----------------|----------|---------------|
| 213997p | 7/3/2019 | RL | Due on receipt |

| Description | Your Amount |
|-------------|-------------|
| PITLYK  V.  THE NATIONAL RIGHT TO WORK COMMITTEE | |
| Administrative Fee ($225 per Party) | 225.00 |
| Mediators fee:  Includes review of documents preparation and mediation.  13.9 Hours @ $395.00 = $5,490.50 | 2,745.25 |
| Lunches   $60.07 | 30.04 |

| | |
|---|---|
| **Your Portion of Costs** | $3,000.29 |
| **Payments/Credits** | -$800.00 |
| **Your Balance Due** | $2,200.29 |

Make Checks Payable  To:
**United States Arbitration & Mediation**
FED ID #43-1370188